*Magistrate Judge Karen Strombom*

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Kevin Wehmeyer, et al., <br><br>                 Plaintiffs, <br><br>v. <br><br>Kitsap County, <br><br>                 Defendant. | NO.  3:05-CV-05627 KLS <br><br> STIPULATION AND ORDER REGARDING CASE SCHEDULE |

On September 22, 2005, the Court issued a minute order regarding initial disclosures, joint status report and early settlement. The Court scheduled the deadline for a FRCP 26(f) conference for December 7, 2005, required the parties to exchange initial disclosures pursuant to FRCP 26(a)(1) by December 14, 2005, and mandated a combined joint status report and discovery plan as required by FRCP 26(f) and Local Rule 16 by December 21, 2005.

The parties have filed cross-motions for summary judgment which are scheduled for consideration by the Court on or about December 16, 2005. The motions are likely to be dispositive of the issues in the case.

The plaintiffs and defendant Kitsap County hereby stipulate through counsel that these

early scheduling dates are unnecessary in light of the pending motions for summary judgment. The parties respectfully request that the Court accept this stipulation and enter an order staying the scheduling dates set forth in its minute order of September 22, 2005.

DATED this 12th day of December, 2005.

| (original signed) | (original signed) |
|---|---|
| Philip A. Bacus, WSBA #31446 | Philip A. Talmadge, WSBA #6973 |
| Deputy Prosecuting Attorney | Anne E. Melley, WSBA #22937 |
| 614 Division Street, MS-35A | Talmadge Law Group PLLC |
| Port Orchard, WA 98366 | 18010 Southcenter Parkway |
| (360) 337-7217 | Tukwila, WA 98188-4630 |
| Attorney for Defendant | (206) 574-6661 |
| | Attorneys for Plaintiffs |

The dates in the September 22, 2005 are STAYED pending this Court's disposition of the parties motions for summary judgment.

DONE 13th day of December, 2005.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

Stipulation Regarding Case Schedule - 2

Talmadge Law Group PLLC
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax